BINGHAM MCCUTCHEN LLP
Geoffrey M. Howard (SBN 157468)
geoff.howard@bingham.com
Thomas S. Hixson (SBN 193033)
thomas.hixson@bingham.com
Kyle Zipes (SBN 251814)
kyle.zipes@bingham.com
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: 415.393.2000
Facsimile: 415.393.2286

ORACLE CORPORATION
Dorian Daley (SBN 129049)
dorian.daley@oracle.com
Deborah K. Miller (SBN 95527)
deborah.miller@oracle.com
500 Oracle Parkway
M/S 5op7
Redwood City, CA 94065
Telephone: 650.506.4846
Facsimile: 650.506.7114

ORACLE CORPORATION
Jeffrey S. Ross (SBN 138172)
jeff.ross@oracle.com
10 Van de Graaff Drive
Burlington, MA 01803
Telephone: 781.744.0449
Facsimile: 781.238.6273

Attorneys for Plaintiff
Oracle America, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., a Delaware corporation;<br><br>        Plaintiff,<br>   v.<br><br>STRATISCOM, LLC, a Georgia limited liability company; and DOES 1–50,<br><br>        Defendants. | No.<br><br>**COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF FOR:**<br><br>**(1) COPYRIGHT INFRINGEMENT;**<br>**(2) VIOLATIONS OF THE COMPUTER FRAUD AND ABUSE ACT;**<br>**(3) BREACH OF CONTRACT** |

Plaintiff Oracle America, Inc. ("Oracle" or "Plaintiff") for its Complaint against Defendant StratisCom LLC ("StratisCom") alleges as follows based on its personal knowledge as for itself, and on information and belief as to the acts of others:

I.  **INTRODUCTION**

1. StratisCom has misappropriated and distributed copyrighted, proprietary Oracle software code, along with the login credentials necessary to download this code from Oracle's password-protected websites. StratisCom has taken, or facilitated the taking of software patches and updates for Oracle's proprietary Sun Solaris operating system, and other technical support files used on Oracle's Sun computers (collectively, "Solaris Updates"), and in at least one case, StratisCom distributed a copy of the entire Solaris operating system itself.

2. Oracle is the world's leading supplier of enterprise hardware and software systems, and related technical support and consulting services for those systems. Customers who own Oracle hardware have the option to purchase an annual contract for technical support services to be performed by Oracle for those hardware systems. As part of those support services, Oracle makes available to customers Solaris Updates for the proprietary firmware and operating system software that ships with and runs the hardware systems.

3. In most instances, Oracle delivers its technical support services for this software and firmware over the internet. Customers that purchase a technical support agreement from Oracle – either directly from Oracle or through a reseller authorized by Oracle to sell Oracle support renewal contracts – receive a "Customer Support Identification" number ("CSI number") linked to the products covered by the support contract. The CSI number allows customers to create login credentials to access Oracle's secure support website. Using those credentials, the licensed customer on active support may download Solaris Updates for the hardware systems that are covered by the support agreement. The customer may not share or use its access credentials for the benefit of others – only customers who pay for and maintain a technical support agreement with Oracle may download Oracle's proprietary Solaris Updates, and only for their own internal business use on licensed computers.

4. StratisCom purports to offer support services related to Oracle's Sun-

1

1  branded hardware systems. StratisCom acts as a subcontractor, providing support services to end
2  customers on behalf of other entities that contract directly with the customers.

3     5. While a customer may engage a third party – instead of Oracle – to
4  provide support services on Oracle hardware, neither the third party nor the customer can access
5  or use Oracle's support website to support that hardware. In particular, neither the third party
6  nor the customer may use official, Oracle-authored Solaris Updates to support the Oracle
7  software running the hardware because those Solaris Updates are Oracle's copyrighted and
8  proprietary intellectual property. StratisCom, and the companies with whom it contracts, as third
9  party support providers are not authorized or licensed by Oracle and have no rights to use
10 Oracle's proprietary software as part of their support service offerings.

11    6. StratisCom ignored these fundamental rules and restrictions as part of its
12 scheme to provide its own support services for Oracle hardware to customers that needed access
13 to Oracle's proprietary patches and updates. However, neither StratisCom, nor its partners, nor
14 the end customers had any right to access, download, copy or distribute Solaris Updates from
15 Oracle for these illicit purposes. Yet StratisCom nonetheless provided its partners, and the end
16 customers themselves, with Oracle's Solaris Updates. In at least one instance, StratisCom
17 provided one of the end customers with an entire copy of the Solaris Operating System itself.

18    7. StratisCom also provided the end customers with access credentials that
19 the customers used to download Solaris Updates themselves even though that customer was not
20 authorized by Oracle to do so. StratisCom obtained this access credential from a former Oracle
21 customer named Service Key LLC, which previously employed several of StratisCom's
22 employees.

23    8. Neither StratisCom nor its partners had permission from Oracle to
24 distribute copies of Oracle's copyrighted software to any other customer. Neither Service Key,
25 nor StratisCom, nor StratisCom's partners had permission from Oracle to provide Service Key's
26 access credentials to anyone else, including for use by third parties to access Oracle's customer
27 support websites or to download Oracle's copyrighted software. StratisCom's activities infringe
28 Oracle's intellectual property rights, violate the laws governing website and computer access,

and breach certain agreements with Oracle, including the Oracle website Terms of Use. Oracle brings this lawsuit to stop StratisCom's wrongful conduct.

II. **THE PARTIES**

9. Plaintiff Oracle is a Delaware corporation duly authorized to do business in the State of California, with its principal place of business in Redwood City, California. Oracle develops and licenses certain intellectual property, including copyrighted software programs, and provides related support and consulting services to its licensed customers. The entity known as Oracle USA, Inc. was merged into Sun Microsystems, Inc. ("Sun")[1], which then changed its name to Oracle America. Accordingly, Plaintiff Oracle continues to hold all of Sun's interest, rights, and title to the copyrights at issue in this action and the rights to bring claims for infringement of those copyrights.

10. StratisCom is a Georgia limited liability company with its principal place of business in Canton, Georgia. StratisCom holds itself out as a third party maintenance provider that subcontracts with other service providers to provide end customers with, among other things, support for Oracle hardware and Oracle's proprietary Solaris operating system.

11. Oracle is currently unaware of the true names and capacities of Does 1 through 50, inclusive, whether individual, partnership, corporation, unincorporated association, or otherwise. Due to the surreptitious nature of StratisCom's actions, and the complicated nature of its scheme, the identities of Does 1 through 50 have been concealed from Oracle, preventing Oracle from identifying them by name. After discovery, which is necessary to ascertain the true names and capacities of Does 1 through 50, Oracle will amend its complaint to allege the necessary identifying details.

12. StratisCom agreed to personal jurisdiction and venue in this District in contracts with Oracle, which by this action Oracle alleges StratisCom breached.

13. StratisCom is also subject to personal jurisdiction in California because it

---

[1] Sun developed and sold computer hardware and the Solaris operating system which runs that hardware. Sun computers, which Oracle continues to sell under the Sun brand name, may be referred to as Oracle or Sun computer hardware interchangeably throughout this Complaint.

has committed wrongful intentional acts, expressly aimed at Oracle, who Defendants knew or should have known is a resident of California, and caused harm that they knew or should have known was likely to be suffered by Oracle in Redwood City, California.

14. At all material times, each of the Defendants, including Does 1 through 50, was the agent, servant, employee, partner, joint venturer, representative, subsidiary, parent, affiliate, alter ego, or co-conspirator of the others, had full knowledge of and gave substantial assistance to the alleged activities, and in so doing the things alleged, each was acting within the scope of such agency, service, employment, partnership, joint venture, representation, affiliation, or conspiracy, and each is legally responsible for the acts and omissions of the others.

### III. JURISDICTION

15. Oracle's first claim for relief arises under the Federal Copyright Act, 17 U.S.C. §§ 101 *et seq.*, and its second cause of action arises under the Computer Fraud and Abuse Act, 18 U.S.C. §§ 1030 *et seq.*. Accordingly, this Court has subject matter jurisdiction over this action pursuant to 18 U.S.C. § 1030(g), 28 U.S.C. § 1331, and 28 U.S.C. § 1338.

16. This Court has supplemental subject matter jurisdiction over the pendant state law claims under 28 U.S.C. § 1367, because these claims are so related to Oracle's claims under federal law that they form part of the same case or controversy and derive from a common nucleus of operative facts.

### IV. VENUE

17. Venue in this District is appropriate because StratisCom consented to venue in this District in at least one of the contracts on which Oracle sues in this case.

18. Venue in this District is also appropriate because StratisCom committed wrongful intentional acts, expressly aimed at Oracle, who StratisCom knew or should have known resides in this District, and caused harm that it knew or should have known Oracle would likely suffer in this District. As a result, StratisCom would be amenable to personal jurisdiction if this District were a separate state, and therefore venue in this District is appropriate under 28 U.S.C. § 1400(a).

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

V. **INTRADISTRICT ASSIGNMENT**

19. Because this action alleges, among other things, claims for copyright infringement, it is an intellectual property action and may be assigned on a district-wide basis pursuant to Civil L.R. 3-2(c).

VI. **FACTUAL ALLEGATIONS**

A. **Oracle's Computer Systems and Support Materials**

20. Oracle develops, manufactures, markets and distributes enterprise business hardware and software systems, and provides related technical support and consulting services. The hardware systems that Oracle develops and distributes involve several components, all of which Oracle supplies. In a simplified view, the foundation of the system (or "stack" as it is sometimes called) is typically storage and servers, such as Oracle's Sun servers. The server requires an operating system to run it, such as Oracle's Solaris operating system, which is an analog to Microsoft's Windows operating system for personal computers. A typical configuration would also employ a database to manage business data, middleware to allow the database to interact with various applications that provide the business logic to be performed by the system, and the applications themselves, such as human resources software for payroll processing or financials software for financial reporting.

21. Oracle's comprehensive line of Sun server systems provides world-class performance for businesses of all sizes, and includes some of the most reliable, scalable, and powerful systems in the industry. Oracle also develops and licenses the Solaris operating system and related "firmware" to run its Sun servers. Solaris is one of the most advanced operating systems available for enterprise use. It provides innovative, built-in features that allow for high availability, advanced security, efficiency, and industry-leading scalability/performance, and are targeted at business and public sector customers.

22. As is typical in the computer industry, Oracle offers technical support services for its hardware systems, including the Solaris operating system. For example, customers who own Oracle/Sun hardware may also purchase technical support services from Oracle which entitle those customers to Solaris Updates for their Oracle/Sun hardware, operating

1  systems and firmware that run on that hardware).  Solaris Updates are available to customers
2  with active support contracts with Oracle to download from Oracle's password-protected, secure
3  customer support website.  Customers choose the Solaris Update to apply based on the issues
4  that they seek to address and the status of their particular system at the time the issue arises.

5      23.     Typically, Oracle's technical support service agreements are for annual
6  periods of twelve months.  The customer may renew the agreement for additional twelve-month
7  terms subject to Oracle's then current pricing and support policies.

   B.  **Oracle's Support Websites and Terms Of Use**

9      24.     After the Oracle/Sun combination, Oracle placed the support resources for
10 Sun's computer hardware products on the My Oracle Support ("MOS") website, a password-
11 protected, web-based support portal. MOS provides a single, integrated support platform for
12 most Oracle products.  After approximately December 12, 2010, Oracle customers could access
13 Solaris Updates through MOS.

14     25.     In order to obtain a MOS login credential, a customer must create an
15 Oracle.com account.  To do this, a customer must submit certain information, and to agree to
16 certain terms and conditions, including the Oracle.com and MOS Terms of Use. The Oracle.com
17 Terms of Use apply to all users of Oracle's websites, and state:

> *By accessing or using the Site or the Content provided on or through the Site, you agree to follow and be bound by the following terms and conditions concerning your access to and use of the Site and the Content provided on or through the Site ("Terms of Use") and our Privacy Policy.*

    26.     The Oracle.com Terms of Use state that only authorized users may access
secure areas of Oracle's website. They further state that registered users may not allow others to
use their passwords or account information to access Oracle's websites:

> *You agree not to attempt to gain unauthorized access to any parts of the Site or any Oracle accounts, computer systems or networks.*
>
> *[…]*
>
> *Access to and use of password protected or secure areas of the Site is restricted to authorized users only. You agree not to share your password(s), account information, or access to the Site. You are*

6

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

> *responsible for maintaining the confidentiality of password(s) and account information, and you are responsible for all activities that occur under your password(s) or account(s) or as a result of your access to the Site. You agree to notify Oracle immediately of any unauthorized use of your password(s) or account(s).*

27. Through the Oracle.com Terms of Use, users of Oracle's websites also agree to submit to California law and the jurisdiction of California courts for legal actions relating to the access to, or use of, Oracle's websites and/or the content they contain, and agree that venue for any such actions in proper in this District:

> *All matters relating to your access to, and use of, the Site and Content provided on or through or uploaded to the Site shall be governed by U.S. federal law or the laws of the State of California. Any legal action or proceeding relating to your access to, or use of, the Site or Content shall be instituted in a state or federal court in San Francisco, San Mateo or Santa Clara County, California. You and Oracle agree to submit to the jurisdiction of, and agree that venue is proper in, these courts in any such legal action or proceeding.*

28. To the extent more than one version of the Oracle.com Terms of Use was in effect during the time period relevant to the allegations in this Complaint, each version contained provisions identical or substantially similar to those cited above.

29. Once a customer has established an account with Oracle.com, that customer may also, if authorized to do so, sign up for MOS access, which has additional Terms of Use.

30. When a customer signs up for MOS access, that customer must accept and agree to abide by the My Oracle Support Terms of Use ("MOS Terms of Use"). The MOS Terms of Use apply to all users of MOS. They specify, among other things, that only authorized users may access MOS, and only for authorized purposes, and that those authorized users may not use the material available through MOS other than for "internal business operations:"

> *By using the My Oracle Support web-based technical support service ("My Oracle Support"), Customer (hereinafter "you") agree to the following terms and conditions…*
>
> *You agree that access to My Oracle Support, including access to the service request function, will be granted only to your*

7
COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

> *designated Oracle technical support contacts and that the Materials may be used only in support of your authorized use of the Oracle programs and/or hardware for which you hold a current support contract from Oracle. Unless specifically provided in your agreement with Oracle, the Materials may not be used to provide services for or to third parties and may not be shared with or accessed by third parties. However, the Materials may be shared with or accessed by third parties who are your agents or contractors acting on your behalf solely for your internal business operations and you are responsible for their Compliance with these My Oracle Support Terms of Use. You agree that you will not access or use My Oracle Support in any manner that could damage, disable, overburden, impair, or otherwise result in unauthorized access to or interference with, the proper functioning of any Oracle accounts, systems, or networks.*

31. The MOS Terms of Use further prohibit a user from using, disclosing, transmitting, or copying any of the materials contained on the website other than to support an authorized customer's own use of those materials for which that customer holds a current support contract from Oracle:

> *[T]he information contained in the [My Oracle Support] Materials is the confidential proprietary information of Oracle. You may not use, disclose, reproduce, transmit, or otherwise copy in any form or by any means the information contained in the Materials for any purpose, other than to support your authorized use of the Oracle programs and/or hardware for which you hold a current support contract from Oracle, without the prior written permission of Oracle.*

32. To the extent there was more than one version of the MOS Terms of Use in effect during the time period relevant to the allegations in this Complaint, each version contained provisions identical or substantially similar to those cited above.

33. Furthermore, at all relevant times, the main MOS web page – which all users must visit to access MOS – stated that "Use of this site is subject to the Legal Notices and Terms for Use and Privacy Statement located on this site," which include the MOS Terms of Use. Therefore, any use of MOS is governed by the MOS Terms of Use.

34. The Oracle.com Terms of Use and the MOS Terms of Use are valid, enforceable contracts between Oracle and all customers or other users who register for, or access MOS.

35. In the course of providing support to its partners and the end customers, StratisCom accessed MOS and agreed to the MOS and Oracle.com Terms of Use.

C. **StratisCom Distributed The Solaris Updates, And Access Credentials To Oracle's Software And Support Websites**

36. StratisCom advertises itself as "as the support arm to some of the top Equipment vendors in the nation." It claims it "provides maintenance and support contracts to companies looking for a cost-effective, quality alternative to more expensive services offered by manufacturers."

37. StratisCom sub-contracted with its partners to provide services concerning Oracle/Sun hardware that included providing (without authorization) Solaris Updates, one or more copies of the Solaris 10 operating system, and access credentials to Oracle's support website. For some of its sub-contracted work, StratisCom did work for a company formerly known as DLT-Federal Business Systems Corporation ("DLT-FBS"), now doing business as FBSCGov Corporation. DLT-FBS retained StratisCom to provide its customers (including the Food and Drug Administration (the "FDA") and the U.S. Naval Warfare Systems Command ("SPAWAR")) with support for Oracle hardware and Oracle's proprietary Solaris operating system, including Solaris Updates.

38. In or around September 2011, the FDA asked DLT-FBS to provide it with a copy of the Solaris 10 operating system. DLT-FBS relayed this request to StratisCom which then copied Solaris 10 onto either a DVD or CD and had it sent to the FDA. The FDA was not licensed to receive this copy of Solaris 10, nor were StratisCom or DLT-FBS licensed to provide it.

39. DLT-FBS provided its customers with a phone number to call with support requests. This number was answered by StratisCom's employees. On or around October 21, 2011, SPAWAR contractor Charles Buzbee called the phone number to request a Solaris Update, entitled the October 2011 Critical Patch Update. StratisCom employee Robert Muse then sent Buzbee an email with the subject line "DLT Ticket #11195" that included a link to Oracle's password protected support website and access credentials Buzbee could use to

9

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

1  download the update. Buzbee then used the credentials to log into Oracle's website and
2  download the Solaris Update. Muse obtained these credentials from Service Key LLC, a former
3  Oracle customer and Muse's previous employer. By trafficking in Oracle website credentials,
4  StratisCom enabled SPAWAR direct access to Oracle's secure support websites and download
5  Oracle's proprietary software products without permission from Oracle. Neither Muse,
6  StratisCom, nor DLT-FBS had any authorization to provide any third party with these access
7  credentials.

8      40. On January 19, 2012, the FDA asked DLT-FBS to provide a Solaris
9  Update identified with a number, specifically 147440-09. StratisCom then provided this Solaris
10 Update to DLT-FBS who distributed it to the FDA.

11     41. On January 27, 2012, the FDA asked DLT-FBS for two more Solaris
12 Updates, identified as numbers 119254-82 and 147440-10. On that same day, Derek Stiles,
13 StratisCom's president, informed DLT-FBS that he was going to "reach out and get th[ese]
14 patch[es]" for the FDA. Stiles then put the Solaris Updates on DLT-FBS's secure file transfer
15 protocol website where the FDA downloaded them.

16     42. StratisCom also provided DLT-FBS's customers with some Solaris
17 Updates on a monthly basis from at least January to May 2012, and other Updates on a quarterly
18 basis from October 2011 through May 2012.

19     The above specific allegations are just examples of StratisCom's misconduct.
20 StratisCom also committed similar conduct (providing Solaris Updates, copies of the Solaris
21 operating system, and Oracle access credentials) for other companies that contracted with its
22 partners. In no case did StratisCom have authorization to commit this conduct.

23     D. **Defendants' Wrongful Conduct Injured Oracle**
24     43. StratisCom willfully, intentionally, and knowingly engaged in the
25 wrongful conduct alleged in this Complaint, including its copyright infringement, violations of
26 the Computer Fraud and Abuse Act, and breaches of contract.

27     44. Specifically, upon information and belief, StratisCom illicitly provided
28 access credentials for Oracle's secure support websites and/or copies of Oracle's proprietary

software to end-user customers, or to third-party support providers who in turn provide those access credentials and/or that software to customers. StratisCom enabled those customers to access Oracle's secure support website, without Oracle's permission and in violation of those websites' terms of use, and download unlicensed copies of Oracle's proprietary software and without paying Oracle for it.

45. As a direct and proximate result of these acts, Oracle has suffered injury, damage, loss, and harm, including, but not limited to, loss of profits from sales to current and potential customers of Oracle support services and/or licenses for Oracle software programs, and violation of Oracle's intellectual property rights. The wrongful conduct by StratisCom alleged above was a substantial factor in causing this harm.

**First Claim for Relief**

**Copyright Infringement**

46. Oracle incorporates each of the allegations in preceding paragraphs 1-45 of this Complaint as though fully set forth here.

47. Oracle owns a valid and enforceable copyright in all of its software and support materials, including the Solaris operating system, as well as the Solaris Updates, which are creative works of original authorship. Oracle has pre-existing, and will obtain from the Register of Copyrights, Certificates of Registration that cover many of the Solaris Updates taken and copied by StratisCom, and others acting in concert with it.[2]

48. Oracle holds all of Sun's interest, rights, and title to the copyrights at issue in this action.

49. Oracle owned one or more exclusive rights in certain copyrights at issue in this case at a point in time during which Defendants infringed those exclusive rights.

50. Defendants have infringed copyrights in Oracle software, including the software covered by these certificates. These certificates are identified, dated, and numbered as

---

[2] Oracle reserves the right to amend its Complaint to include additional registered works as it continues to analyze the scope of StratisCom's wrongful downloading, and in the event that it obtains additional copyright registrations for software and support materials taken and copied by StratisCom beyond the registrations it has already.

11

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

follows:

| Title of Work | Date of Registration | Registration Number |
|---|---|---|
| Solaris 8 (SPARC Platform Edition) | June 19, 2000 | TX 5-138-319 |
| Solaris 8 (Intel Platform Edition) | June 19, 2000 | TX-5-196-384 |
| Solaris 10 operating system | April 19, 2005 | TX 6-086-753 |

51. These registrations generally cover versions of Oracle's Solaris operating system and other software, including the Solaris Updates, which StratisCom and others acting in concert with it copied without a license.

52. Through the acts alleged above, StratisCom and those acting in concert with it have violated Oracle's exclusive rights to reproduce and make copies of its copyrighted software, including materials covered by the registrations listed above by, among other things, downloading (copying) and distributing Oracle's copyrighted software onto its computers and to StratisCom's partners and the end customers in violation of 17 U.S.C. § 106.

53. StratisCom also violated Oracle's exclusive rights by downloading, copying, creating derivative works from and/or distributing Oracle's software, via posting to other websites, by electronic mail, through file transfer protocol, or otherwise, in violation of 17 U.S.C. § 106.

54. StratisCom and those acting in concert with it were not authorized to copy, download, reproduce, create derivative works from, or distribute Oracle's copyrighted software except as authorized by and in support of a specifically licensed use, and with respect only to software for which it had a current right to have and use.

55. In addition to directly infringing Oracle's exclusive rights, StratisCom contributorily and/or vicariously infringed Oracle's exclusive rights in the software by controlling, directing, intentionally encouraging, inducing, or materially contributing to the copying, distribution, and/or creation of derivative works from Oracle's copyrighted software. StratisCom also obtained a direct financial benefit from the above alleged infringing activities while declining to exercise its right to stop it or limit it.

56. StratisCom knew or should have known that copying, distributing, and creating derivative works of and from Oracle's software, which StratisCom had no license to

1   copy, distribute, or create derivative works from; or controlling, directing, intentionally
2   encouraging, inducing, or materially contributing to others' efforts to do so, infringed Oracle's
3   exclusive rights in that software.

4   57.   Oracle is entitled to damages from StratisCom in an amount to be proven
5   at trial, including profits attributable to the infringement not taken into account in computing
6   actual damages under 17 U.S.C. § 504(b). Oracle is entitled to statutory damages under
7   17 U.S.C. § 504(c) based on StratisCom's infringements after the dates of copyright registration.

8   58.   StratisCom's infringement of Oracle's exclusive rights has also caused
9   Oracle irreparable injury. Unless restrained and enjoined, StratisCom will continue to commit
10  such acts. Oracle's remedies at law are not adequate to compensate it for these inflicted and
11  threatened injuries, entitling it to remedies, including injunctive relief as provided by 17 U.S.C.
12  § 502, and an order impounding or destroying any and all infringing materials pursuant to 17
13  U.S.C. § 503.

## Second Claim for Relief

## Violation of the Federal Computer Fraud and Abuse Act

**(18 U.S.C. §§ 1030(a)(2)(C), (a)(4) & (a)(6)(A))**

17  59.   Oracle incorporates each of the allegations in the preceding paragraphs of
18  this Complaint as though fully set forth here, including without limitation paragraphs 1-58.

19  60.   Oracle's secure MOS website is hosted by, and allows access to, certain of
20  Oracle's computers, computer systems, and computer networks, which are protected computers
21  within the meaning of 18 U.S.C. § 1030(e)(2). Those computers, computer systems, and
22  computer networks are data storage facilities directly related to and operating in conjunction with
23  Oracle's computers, which are used in and affect interstate and foreign commerce, including by
24  providing access to worldwide communications through applications accessible through the
25  Internet.

26  61.   StratisCom has violated the Computer Fraud and Abuse Act, 18 U.S.C.
27  § 1030(a)(6)(A), by knowingly and with the intent to defraud trafficking in passwords or similar
28  information through which Oracle's computers and support websites may be accessed without

1 authorization.

2   62. StratisCom has violated the Computer Fraud and Abuse Act, 18 U.S.C. § 1030(a)(2)(C), by intentionally accessing Oracle's support websites, and the computers which host the information available on those websites, without authorization or by exceeding authorized access, and by obtaining information, including Oracle software, from Oracle's support websites.

  63. StratisCom has violated the Computer Fraud and Abuse Act, 18 U.S.C. § 1030(a)(4), by knowingly, and with intent to defraud Oracle, accessing Oracle's support websites, and the computers which host the information available on those websites, without authorization or by exceeding authorized access, and by means of such conduct furthered the intended fraud and obtained one or more things of value, including, but not limited to, Oracle's software.

  64. As a proximate result of StratisCom's fraudulent conduct, Oracle was damaged by, among other things the unauthorized use of MOS and its software by parties who had not paid Oracle for it, in an amount to be proven at trial.

  65. As a result of StratisCom's actions, Oracle has suffered damage and loss in an amount to be proven at trial, but aggregating at least $5,000 in value during a one-year period, including, without limitation the cost of investigating, conducting an damage assessment, and responding to StratisCom's actions.

  66. StratisCom's unlawful access to and theft from Oracle's computers have caused Oracle irreparable injury.  Unless restrained and enjoined, StratisCom will continue to commit such acts.  Oracle's remedies at law are not adequate to compensate them for these afflicted and threatened injuries, entitling Oracle to remedies including injunctive relief as provided by 18 U.S.C. § 1030(g).

### Third Claim for Relief

### Breach of Contract

  67. Oracle incorporates each of the allegations in preceding paragraphs, including without limitation 1-66 of this Complaint as though fully set forth here.

68. StratisCom agreed to be bound by the terms of use on Oracle's support websites, including the Oracle.com Terms of Use, and the MOS Terms of Use, when it accessed or downloaded software from the MOS website.

69. Oracle has performed all conditions, covenants, and promises required on its part to be performed in accordance with the Oracle.com Terms of Use and My Oracle Support Terms of Use.

70. StratisCom has breached Oracle's customer support websites' terms of use, including the Oracle.com Terms of Use, and the MOS Terms of Use, including the provisions cited in paragraphs 25, 26, 27, 30 and 31 above, by among other things:

- Inducing unauthorized third parties to access the content available through MOS, including software;
- Obtaining and using Oracle's software in support of Oracle hardware for which neither StratisCom, its partners, nor the customers holds a current support contract from Oracle;
- Sharing passwords, account information, or other access to MOS with third parties who were not authorized to access MOS and/or software available on MOS, and without disclosing to the third parties that StratisCom had no right to provide that access;
- Gaining unauthorized access to MOS and the software on MOS;
- Sharing software from MOS with unauthorized third parties, and/or using software from MOS to provide services for or to unauthorized third parties, and not disclosing to the third parties that StratisCom had no right to provide that software or those services.

71. As a result of StratisCom's breach of the Oracle.com Terms of Use and the MOS Terms of Use, StratisCom has caused damage to Oracle in an amount to be proven at trial. Oracle has also suffered irreparable injury, and will continue to suffer irreparable injury, for which Oracle has no adequate remedy at law, entitling Oracle to injunctive relief.

**Prayer for Relief**

WHEREFORE, Oracle respectfully prays for the following:

A. For damages of at least $200,000; and

B. For a preliminary and permanent injunction against StratisCom, its officers, agents, servants, employees, and attorneys, and those in active concert or participation with any of them, containing the following terms:

    i. They shall search all computers and computer storage locations in their possession, or to which they have access, for Software and Support Materials (defined below), and destroy and thereafter cease to use, any and all such materials.

    ii. They shall allow Oracle, upon reasonable suspicion that StratisCom is providing support services on Oracle/Sun hardware, to perform an annual audit of their work relating to Oracle/Sun hardware for the next five (5) years. ("Reasonable suspicion" is met by any indication to Oracle that StratisCom is supporting, seeking or bidding to support one or more customers on Oracle/Sun hardware or otherwise involved in any manner in support for Oracle products.) They shall maintain complete and detailed records regarding their performance of any and all support services on Oracle/Sun hardware in their customer support record system, shall retain all emails sent to or from their support personnel concerning Oracle/Sun products, and shall disclose such records and emails in any audit conducted by Oracle to enable Oracle to determine whether StratisCom has complied with the terms of this Stipulated Judgment.

    iii. They shall not access or log into any password-protected portion of any Oracle website or any Oracle FTP site, whether on their own behalf or as an agent or a contractor for any third party. Nor shall

16

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

|   |   |   |
|---|---|---|
| 1 | | they engage, retain, contract for or otherwise utilize any third party |
| 2 | | to access or log into any password-protected portion of any Oracle |
| 3 | | website or any Oracle FTP site. |
| 4 | iv. | They shall not use any user credentials, IDs or passwords for any |
| 5 | | password-protected portion of any Oracle website, or give, receive, |
| 6 | | sell, or otherwise provide any such access credentials or IDs to any |
| 7 | | other party. Nor shall they engage, retain, contract for or otherwise |
| 8 | | utilize any third party to use any user credentials, IDs or passwords |
| 9 | | for any password-protected portion of any Oracle website, or give, |
| 10 | | receive, sell, or otherwise provide any such access credentials or |
| 11 | | IDs to any other party. |
| 12 | v. | They shall not give, receive, sell or otherwise provide to anyone |
| 13 | | any Oracle/Sun software and/or support materials, including any |
| 14 | | updates, bug fixes, patches, media kits or other proprietary |
| 15 | | software support materials, and including any patches, bug fixes or |
| 16 | | updates to the Solaris Operating System or for firmware on |
| 17 | | Oracle/Sun hardware (collectively "Software and Support |
| 18 | | Materials"). Nor shall they engage, retain, contract for or |
| 19 | | otherwise utilize any third party to give, receive, sell or otherwise |
| 20 | | provide to anyone any Software and Support Materials. |
| 21 | vi. | They shall not make any representations to any third party that |
| 22 | | says or implies that (i) they have access to or can access or obtain |
| 23 | | Software and Support Materials, (ii) they can or do provide Oracle- |
| 24 | | branded support, including but not limited to any representation |
| 25 | | that they provide "Oracle Premier Support" or (iii) they are |
| 26 | | authorized by Oracle, either directly or indirectly, to resell Oracle |
| 27 | | support and/or deliver Software and Support Materials in any |
| 28 | | manner whatsoever. |

17

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

      vii.    They shall give a copy of this Stipulated Judgment and written instructions to their officers, employees and agents that they must comply with the restrictions regarding the Software and Support Materials set forth in this Stipulated Judgment, on pain of disciplinary action, up to and including termination, and they shall take appropriate disciplinary action against known violators.

      viii.    They shall give a copy of the written statement attached as Exhibit A to all current customers that have engaged StratisCom to provide support services on any Oracle/Sun hardware, and shall also provide the written statement attached as Exhibit A along with any request, solicitation, advertisement or proposal for any professional services, or any other comparable document that StratisCom provides at the outset of an actual or prospective engagement, to any current or prospective clients or customers that have engaged or are considering engaging StratisCom to provide future support services on any Oracle/Sun hardware.

DATED: January 23, 2014

    Bingham McCutchen LLP

By:    */s/ Geoffrey M. Howard*
        Geoffrey M. Howard
        Attorneys for Plaintiff
        Oracle America, Inc.

18

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

<u>DEMAND FOR JURY TRIAL</u>

In accordance with Fed. R. Civ. P. 38(b), Plaintiff Oracle America, Inc. demands a trial by jury on all issues triable by a jury.

DATED: January 23, 2014

Bingham McCutchen LLP

By: */s/ Geoffrey M. Howard*
Geoffrey M. Howard
Attorneys for Plaintiff
Oracle America, Inc.

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF